JS-6

FILED
CLERK, U.S. DISTRICT COURT

8/14/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YIGUANG CHEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>USA GLOBAL DEVELOPMENT COMPANY; AMERICAN LIFE, INC.; THOMAS G. WILKINSON, in his capacity as President of USA GLOBAL DEVELOPMENT COMPANY; JAMES STOUT, in his capacity as Chairman and CEO of USA GLOBAL DEVELOPMENT COMPANY; and GRACE LIN, in her capacity as Director of USA GLOBAL DEVELOPMENT COMPANY,<br><br>Defendants. | CASE No. CV14-08764-MWF (AGRx)<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>Filed Concurrently with STIPULATION BETWEEN PARTIES RE DISMISSAL WITH PREJUDICE |

ORDER GRANTING DISMISSAL WITH PREJUDICE

1    Pursuant to Federal Rules of Civil Procedure, Rule 41(a), Plaintiff,

2    YIGUANG CHEN and Defendants USA GLOBAL DEVELOPMENT COMPANY;

3    THOMAS G. WILKINSON, in his capacity as President of USA GLOBAL

4    DEVELOPMENT COMPANY; JAMES STOUT, in his capacity as Chairman and

5    CEO of USA GLOBAL DEVELOPMENT COMPANY; and GRACE LIN, in her

6    capacity as Director of USA GLOBAL DEVELOPMENT COMPANY, by and

7    through their counsel of record, have entered into a settlement that includes an

8    agreement to dismiss Plaintiff's Complaint, with prejudice.  The Court finds good

9    cause for such dismissal and hereby grants the dismissal pursuant to the stipulation

10   and the settlement.  The Court requires compliance with the settlement and will

11   retain jurisdiction to enforce the settlement.

12

13        **IT IS SO ORDERED**.

14

15   DATED:  August 14, 2015

16

17   _____

18        HON. MICHAEL W. FITZGERALD
          United States District Judge

19

20

21

22

23

24

25

26

27

28

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

2

ORDER GRANTING DISMISSAL WITH PREJUDICE